```
                                                       CLERK'S OFFICE U.S. DIST. COURT
                                                              AT ROANOKE, VA
                                                                   FILED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

SEP 0 7 2007

JOHN F. CORCORAN, CLERK
BY: /s/ S. Sawyer
      DEPUTY CLERK

| | |
|---|---|
| **JULIUS STANLEY WAGNER,** ) | |
| Petitioner, ) | Civil Action No. 7:07cv00420 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **TERRY O'BRIEN, WARDEN** ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above-captioned suit is **DISMISSED** without prejudice. Wagner's motion to proceed in forma pauperis [Docket #2] is **DENIED** as **MOOT**. This action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER:** This 7th day of September, 2007.

_____
United States District Judge